EAGLE WHITE LEAD CO. et al. v. INTERSTATE COMMERCE COMMIS-
SION et al.

(Commerce Court: July 20, 1911.)

No. 6.

Bill by the Eagle White Lead Company and others against the Interstate
Commerce Commission and others. Dismissed.

Francis B. James, for petitioner.

R. Walton Moore and Frank W. Gwathmey, for Cincinnati, N. O. & T. P.
Ry. Co.

J. A. Fowler, Asst. Atty. Gen., and Blackburn Esterline, Sp. Asst. Atty. Gen.,
for United States.

P. J. Farrell, for Interstate Commerce Commission.

Before KNAPP. Presiding Judge, and ARCHBALD, HUNT, CARLAND,
and MACK, Associate Judges.

CARLAND, Judge. The bill in this case is, for all practical purposes,
the same as the bill in case No. 5, Receivers' & Shippers' Association of Cin-
cinnati v. Interstate Commerce Commission and the Cincinnati, New Orleans
& Texas Pacific Railway Co., 188 Fed. 242, and was filed for the same pur-
pose. The cases were submitted together upon bill and demurrer.

For the reasons stated in the opinion filed in case No. 5, the demurrer in
this case must be sustained and the bill dismissed.

ARCHBALD and MACK, Judges, dissenting.